[Doapvins] [Order Approving Application to Pay Filing Fees in Installments]

ORDERED.

**Dated: April 23, 2021**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:21−bk−01822−KSJ <br> Chapter 7 |
| Heidi Matos Sanchez | |
| _____Debtor*_____/ | |

### ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. _3_ . The Court has considered the Application, together with the record, and finds that the Application should be approved pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

**ORDERED:**

1. The Debtor shall pay the filing fee in installments, in the form of <u>cashier's check or money order only</u>, made payable to Clerk, U.S. Bankruptcy Court and delivered to <u>or received by mail addressed to</u>:

Clerk, U.S. Bankruptcy Court,
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

as follows:

$ 76.00 on or before May 21, 2021

$ 76.00 on or before June 20, 2021

$ 186.00 on or before July 20, 2021

    2. Until the filing fee is paid in full, the Debtor shall not pay any money or transfer any property to any person for services in connection with this case, and no person shall accept any money or property from the Debtor as payment for services in connection with this case.

    3. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Sophia Dean is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.